**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Rajfik Dominique Keating v. The State of Texas

Appellate case number:    01-19-00981-CR

Trial court case number:   1644110

Trial court:                       183rd District Court of Harris County

On December 21, 2020, appellant's appointed counsel, Thomas J. Lewis, filed a motion to withdraw as appellant's counsel, stating that he had accepted a position with the Office of the Public Defender in Santa Fe, New Mexico, and as such, was moving out of state. On December 29, 2020, we abated this appeal, remanded the case to the trial court, and directed the trial court to determine whether Mr. Lewis should be allowed to withdraw from representing appellant and new counsel should be appointed to represent appellant on appeal. The trial court clerk has filed a supplemental clerk's record that contains a "Pauper's Oath on Appeal," in which the trial court appoints Danny Easterling as counsel for appellant on appeal.

Accordingly, we **grant** the motion to withdraw as counsel filed by Thomas J. Lewis, and **reinstate** the case on the Court's active docket.

The Clerk of this Court is directed to note Danny Easterling's appearance as appointed counsel for appellant and Thomas J. Lewis's withdrawal as counsel for appellant on the docket of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
            ☑ Acting individually    ☐ Acting for the Court

Date: __February 2, 2021_____